IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICHARD A. MAYERS            )
                             )
v.                           ) NO. 3-14-1755
                             ) JUDGE CAMPBELL
CORRECTIONS CORPORATION      )
OF AMERICA, et al.           )

ORDER

This case was reassigned to the undersigned on November 17, 2015. Docket No. 135.

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 130). Since the filing of the Report and Recommendation, Plaintiff has filed an Application for Emergency Motion for Temporary Restraining Order (Docket No. 134), which is not an Objection to the Report and Recommendation, but rather, is a separate Motion asserting different rights.[1] Nonetheless, the Court will consider Plaintiff's Application for Emergency Motion for Temporary Restraining Order as an Objection to the Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, Plaintiff's Motion, and the file. Plaintiff's Motion for Temporary Restraining Order (Docket No. 134) is DENIED, and the Report and Recommendation is adopted and approved.

---

[1] For example, Plaintiff's Complaint asserts violations of his constitutional rights under the First and Eighth Amendments. The Application for Emergency Motion for Temporary Restraining Order asserts that Plaintiff is entitled to protections under the Rehabilitation Act and the Americans with Disabilities Act.

Accordingly, Defendants' Motion for Summary Judgment (Docket No. 106) is GRANTED, and this action is DISMISSED. All other pending Motions are DENIED as moot, and the Clerk is directed to close the file.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                             _____
                                             TODD J. CAMPBELL
                                             UNITED STATES DISTRICT JUDGE