IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD A. MAYERS | ) |
| | ) |
| v. | ) NO. 3-14-1755 |
| | ) JUDGE CAMPBELL |
| CORRECTIONS CORPORATION | ) |
| OF AMERICA, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 151), to which no Objection has been timely filed. As indicated in the Report and Recommendation, this action was dismissed on November 18, 2015 (Docket No. 136).

Accordingly, the Report and Recommendation is adopted and approved, and Plaintiff's Motion for Summary Judgment (Docket No. 148) is DENIED as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE